IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KULAHIN RUSLAN YURIIOVYCH, Odesa, Ukraine,<br><br>Plaintiff-Petitioner,<br><br>vs.<br><br>KULAHINA ZHANNA HRYHORIVNA, Bozeman, Gallatin County, Montana, United States<br><br>Defendant-Respondent. | CV 24–78–BU–DLC<br><br>ORDER |

Before the Court is Plaintiff-Petitioner's motion to file under seal. (Doc. 3.) Through the motion, Plaintiff-Petitioner Kulahin Ruslan Yurriovych requests leave to file certain exhibits attached to his Verified Complaint and Petition for Return of Child Pursuant to the Hague Convention under seal. (*Id.* at 1–2.)

IT IS ORDERED that the motion (Doc. 3) is GRANTED. The exhibits lodged at Doc. 4 (Exs. 2 and 4) are DEEMED FILED and will remain under seal unless unsealed by further order of the Court.

DATED this 14th day of August, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1