IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KULAHIN RUSLAN YURIIOVYCH,<br><br>Petitioner,<br><br>vs.<br><br>KULAHINA ZHANNA HRYHORIVNA,<br><br>Respondent. | CV 24–78–BU–DWM<br><br>ORDER |

The parties having filed their witness lists, exhibit lists, and pretrial briefs for the December 10–11, 2024 evidentiary hearing, IT IS ORDERED that:

(1)     By stipulation, Petitioner has established a prima facie case that K.M.R. was wrongfully removed or retained within the meaning of Article 3 of the Hague Convention, *see* 22 U.S.C. § 9003(e)(1)(A). (*See* Doc. 29 at 15.) Accordingly, the parties need not present evidence, documents, or testimony on that issue. The only issues that remain in the case are: (a) whether Respondent can show by clear and convincing evidence a "grave risk" of return under Article 13(b), *see* 22 U.S.C. § 9003(e)(2)(A), and (b) whether ameliorative measures are appropriate, *see Golan v. Saada*, 596 U.S. 666, 676–79 (2022) (noting that "a court may find it appropriate to consider both questions at once"). Evidence presented at the hearing will be limited to these issues.

1

(2) All exhibits should be numbered and there should be no duplicate numbers or exhibits. For any exhibit that contains language other than English, the offering party must also provide a stipulated or certified translation of the exhibit. Translated exhibits should share an exhibit number with the underlying document, with slight modification (e.g., Ex. 10 (translated exhibit) and Ex. 10a (original exhibit)).

(3) On or before December 6, 2024, the parties shall file a stipulation identifying those exhibits that are not objected to. Those exhibits will be admitted prior to the hearing. For those exhibits that are not stipulated to, the objecting party must identify its specific objection to each exhibit. For ease of reference, the parties should consider using the format of the exhibit list in Form F of the Court's Local Rules.

DATED this 4th day of December, 2024.

_____
Donald W. Molloy, District Judge
United States District Court