IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KULAHIN RUSLAN YURIIOVYCH,<br><br>Petitioner,<br><br>vs.<br><br>KULAHINA ZHANNA HRYHORIVNA,<br><br>Respondent. | CV 24–78–BU–DWM<br><br><br>ORDER |

IT IS ORDERED that, pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001 et. seq., K.M.R, whose date of birth is 06/23/21, be returned in the company of Respondent to Chernivtsi within the sovereign nation of Ukraine, and that Petitioner report the delivery of the minor child to the appropriate Central Authority.

This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention.

The Order of this Court is made under the authority of 22 U.S.C. § 9001(a), conferring original jurisdiction upon this Court and Article 18 of the Hague Convention.

1

IT IS FURTHER ORDERED that:

(1)    Counsel for Respondent shall return K.M.R.'s passport to Respondent for the limited purpose of K.M.R.'s return to Ukraine.

(2)    K.M.R. and Respondent shall travel to Chisinau, Moldova from Bozeman by flights AS905, TK204, and TK271 departing Missoula on January 25, 2025, at 2:52 p.m. and arriving in Moldova at 8:40 p.m.  After arrival in Moldova, K.M.R. and Respondent may spend up to one night at a hotel recovering from their flights.  No later than 24 hours after arriving in Moldova, K.M.R. and Respondent shall take a bus or taxi to Chernivtsi, Ukraine, where Petitioner will meet them. Respondent must confirm her travel itinerary with Petitioner no later than January 23, 2025, and any delays in travel must be promptly communicated to Petitioner. The above itinerary ensures that the K.M.R. will be returned on or before February 1, 2025, regardless of travel delays.

(3)    Respondent shall bear the costs of return.

(4)     K.M.R. shall reside in Chernivtsi, Ukraine pending a further order of a court of competent jurisdiction.

(5)    The Clerk is directed to enter judgment in favor of Petitioner.  To expedite matters, attorney fees shall be addressed by separate order.  Petitioner may respond to Respondent's attorney fee brief, (*see* Doc. 69), on or before January 15, 2025.

2

This Order is effective as of the date written below and shall continue in force and effect until modified or cancelled by this Court.

**THEREFORE, TO ANY PEACE OFFICER IN THE STATE OF MONTANA OR TO ANY FEDERAL OFFICER:**

You are hereby commanded to assist KULAHINA ZHANNA HRYHORIVNA to remove the minor child from the United States of America, and to allow KULAHINA ZHANNA HRYHORIVNA to accompany the minor child to Ukraine, giving KULAHINA ZHANNA HRYHORIVNA the right without interference to have the minor child in her lawful temporary custody for the purposes described herein.

DATED this 8th day of January 2025.

_____14:22 PM
Donald W. Molloy, District Judge
United States District Court

3