IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KULAHIM RUSLAN YURIIOVYCH,<br><br>     Petitioner,<br><br>vs.<br><br>KULAHINA ZHANNA HRYHORIVNA,<br><br>     Respondent. | CV 24-78-BU-DWM<br><br>JUDGMENT |

  This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Petitioner in accordance with the Court's Order dated January 8, 2025, (Doc. 70).

  Dated this 8th day of January, 2025.

            TYLER P. GILMAN, CLERK

            /s/ Tyler P. Gilman